IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SEAN McCURDY,<br><br>          Plaintiff,<br>vs.<br><br>GENERAL DYNAMICS NATIONAL STEEL AND SHIPBUILDING (NASSCO), a Nevada corporation; and DOES 1 through 20, inclusive,<br>          Defendants. | Case No. 07cv0982-BTM (POR)<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Date:     February 26, 2010<br>Time:    11:00 a.m.<br>Courtroom: 15 |

Having considered the parties' February 1, 2010 Joint Motion to Continue the Hearing on Defendant's Motion to Dismiss, the Court HEREBY ORDERS that the hearing on Defendant's Motion to Dismiss is continued to **April 2, 2010 at 11:00 a.m.** Oral argument will be conducted on the motion only if the Court so advises the parties.

**IT IS SO ORDERED.**

Dated: February 3, 2010

By: /s/ Barry Ted Moskowitz
Hon. Barry Ted Moskowitz
United States District Judge

1

1834380.1